IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERITAGE FOUNDATION**,<br><br>**MIKE HOWELL**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant.* | Case No. 1:24-cv-00645-DLF |

**JOINT STATUS REPORT**

In accordance with this Court's Minute Order of June 22, 2024, Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant" or "DOJ") have conferred regarding the scope of Plaintiffs' Freedom of Information Act ("FOIA") request. The parties report as follows.

**I.     Background**

This case concerns a FOIA request in which Plaintiffs have sought material relating to Special Counsel Robert Hur's *Report on the Investigation Into Unauthorized Removal, Retention, and Disclosure of Classified Documents Discovered at Locations Including the Penn Biden Center and the Delaware Private Residence of President Joseph. R. Biden, Jr.* (Feb. 2024) ("Report" or "Hur Report"), available at https://www.justice.gov/storage/report-from-special-counsel-robert-k-hur-february-2024.pdf. Plaintiffs seek "the records relied upon by Special Counsel Hur in drafting [certain] passages in the Report relating to President Joseph R. Biden's memory and mental faculties." Amended Compl. ¶ 8.

As noted in the Status Conference held on June 10, 2024, Defendant has concluded its search. Defendant identified the following four items as potentially responsive: (A) the two written transcripts of the interviews conducted of President Biden by the Special Counsel; (B) the audio from those two interviews; (C) approximately 70 hours of audio between Mr. Biden and his biographer, Mark Zwonitzer, which were recorded for Mr. Biden's 2017 book ("the Biden-Zwonitzer recordings"); and (D) a 19-page memo referenced in passage 3 of the Amended Complaint ¶ 9, in which then-Vice President Biden wrote to President Obama regarding Afghanistan policy.

## II.    The Parties' Agreement Regarding Records at Issue

The parties have conferred and agree on the following points:

1. The parties agree that items (A), (B), and (D) listed above are not at issue in this case, and that the only records currently at issue in this case are the Biden-Zwonitzer recordings, item (C) above.

2. Plaintiffs have agreed not to seek the full 70 hours of audio referenced in item (C) above, and to narrow their FOIA request to only the portions of the Biden-Zwonitzer recordings that are quoted directly in the Hur Report either in quotation marks or in block quotes. This narrowing agreement does not cover any records that may be identified with particularity through any supplemental search ordered by the Court should it determine Defendant's search to be inadequate or through other statements of former Special Counsel Hur.[1]   Thus, if the Court were to order Defendant to conduct a supplemental search—or if Special Counsel Hur were to make a statement during the pendency of this litigation—and the search or statement were to

---

[1] Defendant notes that the prospect of subsequent statements by Mr. Hur is entirely speculative.

show that Mr. Hur relied upon the Biden-Zwonitzer audio recordings as a whole, holistically, or other generalized manner, or referred to large portions of them, Defendant is not required to process any further portion of the Biden-Zwonitzer recordings besides those that are quoted directly in the Hur Report.   Defendant agrees to begin processing the portions of the Biden-Zwonitzer recordings that are quoted directly in the Hur Report now, while the parties are briefing the adequacy of the search.

Dated:  June 25, 2024  　　　　　　　　　　　　Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cameron Silverberg*
CAMERON SILVERBERG
(D.C. Bar No. 1780628)
JOSHUA C. ABBUHL
(D.C. Bar No. 1044782)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:   (202) 353-9265
Fax:   (202) 616-8470
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*


*/s/ Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:   samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email:   Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email:   Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email:   neal@cornettlegal.com

MAX TAYLOR MATHEU
(No. 90019809)
Telephone: (727) 249-5254
Email:   maxmatheu@outlook.com

*Counsel for Plaintiffs*