## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**HERITAGE FOUNDATION**,

**MIKE HOWELL**,

      *Plaintiffs,*

      v.

**U.S. DEPARTMENT OF JUSTICE**,

      *Defendant*.

Case No. 1:24-cv-00645-DLF

## JOINT STATUS REPORT

Plaintiffs Mike Howell and the Heritage Foundation and Defendant U.S. Department of Justice hereby submit this joint status report in this Freedom of Information Act ("FOIA") case.

Defendant continues to review the withholdings in this case in order to determine if it is possible to narrow the issues in dispute between the parties. Defendant has nearly completed its review of the withholdings from the written transcript and audio record and hopes to complete that process by April 28, 2026.

The parties jointly request that they be required to file a joint status report on or before May 8, 2026, setting forth whether they have been able to settle the case or narrow the issues in dispute.

DATED: April 8, 2026

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

1

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email:  John.J.Halloran.Jr@usdoj.gov

*Counsel for Defendant*

-- and –

*/s/ Samuel Everett Dewey*
SAMUEL EVERETT DEWEY (No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email:  samueledewey@sedchambers.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

On April 8, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the Court.

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
Trial Attorney
United States Department of Justice