## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION,

MIKE HOWELL,

        *Plaintiffs*,

    v.

U.S. DEPARTMENT OF JUSTICE,

        *Defendant*,

   and

JOSEPH R. BIDEN, JR.,

        *Proposed Defendant-Intervenor*.

No. 24-cv-645 (DLF)

## <u>MOTION TO INTERVENE BY JOSEPH R. BIDEN, JR.</u>

Joseph R. Biden, Jr., respectfully moves the Court for leave to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure and Local Civil Rule 7(j) of the U.S. District Court for the District of Columbia.  President Biden seeks intervention as of right pursuant to Rule 24(a)(2), or, in the alternative, permissive intervention pursuant to Rule 24(b)(1)(B), to participate fully in this action, defend against Plaintiffs' FOIA claims, and assert cross-claims against the U.S. Department of Justice (the "Department"), as set forth in the attached pleading.

With respect to Plaintiffs' FOIA claims, President Biden is prepared to participate in

renewed summary judgment briefing on an expedited basis.  With respect to the proposed cross-claims, President Biden intends to seek emergency relief against the Department to prevent disclosures to Plaintiffs and Congress that the Department has announced it will make on June 15, 2026, absent a court order.  *See* ECF No. 50 at 1 (setting forth Defendant's position in May 8, 2026, joint status report).

President Biden respectfully proposes that, as part of any order granting intervention, the Court direct the parties to meet and confer and, within three days of that order, submit a joint status report setting forth their joint or competing proposals on further proceedings in this matter.

As explained in the supporting memorandum, it would serve judicial economy and the parties' interests to permit President Biden to assert his cross-claims in this action.  In the event the Court disagrees, however, President Biden seeks intervention for the limited purpose of defending against Plaintiffs' FOIA claims, and he is prepared to assert his cross-claims in a separate action.

In support of this motion, President Biden is submitting the attached memorandum of law, declaration of Amy Jeffress, answer with cross-claims and exhibits, and a proposed order granting leave to intervene.

Pursuant to Local Rule 7(m), counsel for President Biden have conferred with counsel for the parties. The Department does not oppose this motion. Counsel for Plaintiffs stated their intention to oppose this motion.

Dated: May 12, 2026          Respectfully submitted:

         */s/  Amy Jeffress*
         Amy Jeffress (D.C. Bar No. 449258)
         Kaitlin Konkel (D.C. Bar No. 1021109)
         Taisa M. Goodnature (D.C. Bar No. 90044537)*
         Jared M. Hirschfield (N.Y. Bar No. 6296933)*
         HECKER FINK LLP
         1050 K Street NW, 10th Floor
         Washington, D.C. 20001
         Tel: (212) 763-0883
         ajeffress@heckerfink.com
         kkonkel@heckerfink.com
         tgoodnature@heckerfink.com
         jhirschfield@heckerfink.com

         *Counsel for Proposed Defendant-Intervenor Joseph R. Biden, Jr.*

         *Application for *pro hac vice* admission forthcoming