# EXHIBIT  B

No. 24-cv-645 (DLF)



Sauber, Richard A. EOP/WHO <Richard.A.Sauber@who.eop.gov>
To ○ MLK (JHPT)
Cc ○ Cotton, Rachel F. EOP/WHO; ○ Bob Bauer; ○ RKHSC (JHPT); ○ Jennifer Grace Miller

↩ Reply   ↩ Reply All   → Forward   

Fri 5/12/2023 11:58 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes this formulation is fine, thanks.


**Richard Sauber**
**Special Counsel to the President**
**Office of the White House Counsel**
**Richard.A.Sauber@who.eop.gov**
**202-881-7806**
**Privileged and Confidential**



**From:** MLK (JHPT)
**Sent:** Friday, May 12, 2023 11:05 AM
**To:** Sauber, Richard A. EOP/WHO
**Cc:** Cotton, Rachel F. EOP/WHO ; Bob Bauer ; RKHSC (JHPT) ; Jennifer Grace Miller
**Subject:** RE: Materials produced by Mark Zwonitzer

Thanks Dick. This works for us with one addition.

We agree that any materials produced by Mark Zwonitzer in response to the pending subpoena will be covered by the April 26, 2023, agreement on executive privilege, with the understanding that neither the President's personal counsel nor the White House Counsel will assert any claims of executive privilege or any other claims to prevent or delay the production of materials from Zwonitzer to the Special Counsel. Though we agree to be bound by the April 26 agreement, we take no position at this time about whether the materials produced are subject to a claim of executive privilege.

If this is agreeable, then we can proceed. Thank you.

Marc


**From:** Sauber, Richard A. EOP/WHO <Richard.A.Sauber@who.eop.gov>
**Sent:** Friday, May 12, 2023 10:35 AM
**To:** MLK (JHPT) <MLK@usdoj.gov>
**Cc:** Cotton, Rachel F. EOP/WHO <Rachel.F.Cotton@who.eop.gov>; Sauber, Richard A. EOP/WHO <Richard.A.Sauber@who.eop.gov>; Bob Bauer <bauer@bobbauer.org>; RKHSC (JHPT) <RKHSC@usdoj.gov>; Jennifer Grace Miller <jmiller@hembar.com>
**Subject:** [EXTERNAL] Materials produced by Mark Zwonitzer

Marc- This is to confirm that neither the President's personal counsel nor the White House Counsel will assert any claims of executive privilege to prevent the production of materials from Mark Zwonitzer to the Special Counsel so long as all those produced materials are subject to the Global Executive Privilege Agreement entered between us on April 26, 2023.

Let me know if you have a different understanding.

**Richard Sauber**
**Special Counsel to the President**
**Office of the White House Counsel**
**Richard.A.Sauber@who.eop.gov**
**202-881-7806**
**Privileged and Confidential**