# EXHIBIT C

No. 24-cv-645 (DLF)

JIM JORDAN, Ohio
CHAIRMAN

JAMIE RASKIN, Maryland
RANKING MEMBER

ONE HUNDRED NINETEENTH CONGRESS

# Congress of the United States

## House of Representatives

COMMITTEE ON THE JUDICIARY

2138 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6216

(202) 225–6906
judiciary.house.gov

March 23, 2026

The Honorable Pamela J. Bondi
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Attorney General Bondi:

During the 118th Congress, the Committee conducted oversight of Special Counsel Robert K. Hur's investigation of President Joe Biden's willful mishandling of classified information. As part of that effort, we requested that Mark Zwonitzer, the ghostwriter for President Biden's memoirs, produce the audio recordings of his conversations with President Biden relating to his ghostwriting work on President Biden's memoirs.[1] Unfortunately, Zwonitzer declined to comply with our request.

We appreciate the increased level of cooperation and responsiveness demonstrated by the Department under your leadership. Your commitment to transparency has resulted in the production of materials that were not previously made available to the Committee, including the audio recordings of Special Counsel Hur's interviews with President Biden and Zwonitzer. Contrary to your transparency, the House of Representatives was forced to hold then-Attorney General Merrick Garland in contempt for defying duly issued subpoenas from two congressional committees for those recordings.[2]

Accordingly, to advance our oversight of the politicization of the Biden-Garland Department of Justice, please produce the following documents and information:

1. All audio recordings of any interviews or conversations between Mark Zwonitzer and President Biden relating to Zwonitzer's ghostwriting work on President Biden's memoirs, *Promise Me, Dad* and *Promises to Keep*.

---

[1] *See* Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, to Mark Zwonitzer (Feb. 14, 2024); Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, to Mark Zwonitzer (Mar. 22, 2024) (issuing a subpoena for the audio recordings, among other materials).

[2] Carrie Johnson & Deirdre Walsh, *House votes to hold Attorney General Garland in contempt*, NAT'L PUB. RADIO (June 12, 2024).

The Honorable Pamela J. Bondi
March 23, 2026
Page 2

      Pursuant to Rule X of the House of Representatives, the Committee has jurisdiction over the Department of Justice.[3] If you have any questions about this matter, please contact Committee staff at (202) 225-6906.

      Thank you for your prompt attention to this matter.

                Sincerely,

                Jim Jordan
                Chairman

cc:    The Honorable Jamie Raskin, Ranking Member

---

[3] Rules of the House of Representatives, R. X, 119th Cong. (2026).