**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br><br>         *Plaintiffs*,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>         *Defendant*. | No. 24-cv-645 (DLF) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Joseph R. Biden, Jr.'s Motion to Intervene, Dkt. 51, is **GRANTED** as to

the plaintiffs' FOIA claims and **DENIED** as to the cross-claims asserted in Counts IV and V of

his proposed answer, which concern the defendant's production of the disputed materials to

the House Judiciary Committee.  It is further

**ORDERED** that the plaintiffs' Request for Evidentiary Hearing, Dkt. 61, is **DENIED**.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge

May 21, 2026