**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HERITAGE FOUNDATION,<br><br>MIKE HOWELL,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*,<br><br>    and<br><br>JOSEPH R. BIDEN, JR.,<br><br>    *Defendant-Intervenor*. | No. 24-cv-645 (DLF) |

## <u>JOINT NOTICE RE: PROPOSED BRIEFING SCHEDULE</u>

Plaintiffs Mike Howell and the Heritage Foundation ("Plaintiffs"), Defendant U.S. Department of Justice ("DOJ"), and Defendant-Intervenor Joseph R. Biden, Jr. (collectively, the "Parties") respectfully submit this joint notice in response to the Court's minute order of May 28, 2026. That minute order directed the Parties to submit a proposed briefing schedule for any forthcoming motions for emergency relief.

DOJ and Defendant-Intervenor Biden propose the following briefing schedule:

| Date | Event |
|---|---|
| Friday, May 29, 2026 | Defendant-Intervenor's preliminary injunction motion due |
| Friday, June 5, 2026 | Any oppositions to Defendant-Intervenor's preliminary injunction motion due |
| Tuesday, June 9, 2026 | Any reply in support of Defendant-Intervenor's preliminary injunction motion due |

**Plaintiffs' Position**

Plaintiffs agree to the foregoing briefing schedule and believe that this schedule should also control the briefing in 26-cv-1818 which should occur in parallel. Plaintiffs note that Biden proposed that the foregoing schedule control both actions as of May 26, 2026 and submit that interjection of further delay serves neither the American People nor the Court.

Plaintiffs intend to move to intervene in 26-cv-1818 and understand that neither DOJ nor Biden takes a position on such a submission. If intervention is granted Plaintiffs will abide by the extant briefing schedule in that matter. Plaintiffs also reiterate that the U.S. House of Representatives may intervene in 26-cv-1818.

Finally, Plaintiffs note that they expect that they will seek an evidentiary hearing on aspects of the Biden's forthcoming preliminary injunction motion and will seek oral argument. Plaintiffs will be available at the Court's convenience for any hearing.

**Defendant-Intervenor's Position**

There is no dispute among the Parties as to the proposed schedule set forth above, and President Biden is prepared to file his preliminary injunction motion in this action on Friday, May 29, 2026. Similarly, DOJ and President Biden—the parties in *Biden v. DOJ*, Case No. 26-cv-1818—have agreed to a proposed schedule in which President Biden will file his preliminary injunction motion on Monday, June 1, 2026. The Parties never agreed that President Biden would file his motion in *Biden v. DOJ* on May 29, and it would not be reasonable to do so with less than one business day of notice. President Biden respectfully requests that the Court enter the schedules agreed upon by the parties in their respective actions.

The parties defer to the Court on the timing of any hearing.

Dated: May 29, 2026

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

JEFFREY B. CLARK
(No. 455315)
THE OVERSIGHT PROJECT 211 N.
Union Street Alexandria, VA 22314
202-279-1396 Email:
Jeff@itsyourgov.org

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
THE OVERSIGHT PROJECT
211 North Union Street Alexandria, VA
22314 845-674-5589 Email:
Kyle@ItsYourGov.org

ERIC NEAL CORNETT (No. 1660201)
THE OVERSIGHT PROJECT 211
North Union Street Alexandria, VA
22314 845-674-5589 Email:
Neal@ItsYourGov.org

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)*
Jared M. Hirschfield (N.Y. Bar No. 6296933)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com
kkonkel@heckerfink.com
tgoodnature@heckerfink.com
jhirschfield@heckerfink.com

*Counsel for Defendant-Intervenor
Joseph R. Biden, Jr.*

*Admitted *pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ John J. Halloran, Jr.
JOHN J. HALLORAN, JR.
Trial Attorney
D.C. Bar No. 454128
United States Department of Justice Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email: John.J.Halloran.Jr@usdoj.gov

*Counsel for Defendant*

3