**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HERITAGE FOUNDATION**, <br><br> **MIKE HOWELL**, <br><br>        *Plaintiffs,* <br><br>     v. <br><br> **U.S. DEPARTMENT OF JUSTICE**, <br><br>        *Defendant,* <br>   and <br><br> **JOSEPH R. BIDEN, JR.**, <br><br>        *Defendant-Intervenor*. | Case No. 1:24-cv-00645 (DLF) |

**DEFENDANT'S NOTICE OF SUBMISSION OF THE ZWONITZER MATERIALS TO
THE COURT FOR IN CAMERA REVIEW**

On June 8, 2026, this Court entered an order that directed as follows: "on or before noon on June 9, 2026, the defendant shall provide the Court with a copy of the Zwonitzer materials --as the defendant intends to release them to the plaintiffs -- for an in camera review." In accordance with this Court's order, Defendant today delivered a set of the Zwonitzer materials (redacted recordings and transcripts) in read-through format so that the Court can review the redactions. It is the Defendant's intention that the transcripts and recordings would be produced to plaintiffs with the redactions applied.

DATED: June 9, 2026

                               Respectfully submitted,

                               BRETT A. SHUMATE
                               Assistant Attorney General
                               Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email:  John.J.Halloran.Jr@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

On June 9, 2026, I electronically submitted the foregoing document with the Clerk of Court

for the U.S. District Court for the District of Columbia, using the electronic case filing system of

the Court.

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
Trial Attorney
United States Department of Justice
