**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HERITAGE FOUNDATION**,<br><br>**MIKE HOWELL**,<br><br>     *Plaintiffs,*<br><br>    v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>     *Defendant,*<br>  and<br><br>**JOSEPH R. BIDEN, JR.**,<br><br>     *Defendant-Intervenor*. | Case No. 1:24-cv-00645 (DLF) |

**DEFENDANT'S AMENDED NOTICE OF SUBMISSION OF THE ZWONITZER MATERIALS TO THE COURT FOR IN CAMERA REVIEW**

On June 9, 2026, Defendant Department of Justice delivered a set of the Zwonitzer materials (redacted audio recordings and transcripts) in read-through format in response to this Court's June 8, 2026, Order. Upon further review, the Department neglected to apply one additional redaction to the set delivered to the Court.  Page 3, lines 16-25 through page 4, lines 2-8, of the transcript dated February 16, 2017, will also be redacted, as will the associated audio recording.

DATED: June 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

1

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email:  John.J.Halloran.Jr@usdoj.gov

## **CERTIFICATE OF SERVICE**

On June 10, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the Court.

/s/ *John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
Trial Attorney
United States Department of Justice