# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION,

MIKE HOWELL,

      *Plaintiffs*,

    v.

U.S. DEPARTMENT OF JUSTICE,           No. 24-cv-645 (DLF)

      *Defendant*,

    and

JOSEPH R. BIDEN, JR.,

      *Defendant-Intervenor*.

## EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1), Defendant-Intervenor Joseph R. Biden, Jr., through counsel, respectfully requests that the Court—**before Friday, June 19, 2026, at 5:00 p.m. EST**—issue an order enjoining Defendant U.S. Department of Justice (the "Department") from disclosing or causing to be disclosed the written transcript and audio recordings at issue in this matter, or any portion thereof, to Plaintiff Heritage Foundation or to Plaintiff Mike Howell (collectively, the "Heritage Plaintiffs"), pending resolution of President Biden's anticipated appeal from the denial of his motion for preliminary injunction. The grounds for this motion are set forth in the attached memorandum of law. A proposed order is attached.

Pursuant to Local Rule 7(m), counsel for President Biden contacted counsel for the Department and the Heritage Plaintiffs to request their position on this motion. At the time this

motion was finalized for filing, counsel for President Biden had not received a response.  The

Court has ordered the Heritage Plaintiffs to file any response no later than 3:30 pm today.

Dated: June 19, 2026                          Respectfully submitted,

                                                     /s/ Amy Jeffress
                                                     Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)*
H. Atticus Ballesteros (D.C. Bar No. 90043198)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com

*Counsel for Defendant-Intervenor
Joseph R. Biden, Jr.*

*Admitted *pro hac vice*