**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HERITAGE FOUNDATION, <br><br> MIKE HOWELL, <br><br>   *Plaintiffs*, <br><br>  v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br>   *Defendant*, <br><br>  and <br><br> JOSEPH R. BIDEN, JR., <br><br>   *Defendant-Intervenor*. | No. 24-cv-645 (DLF) |

**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENOR'S EMERGENCY
MOTION FOR INJUNCTION PENDING APPEAL**

UPON CONSIDERATION OF Defendant-Intervenor Joseph R. Biden, Jr.'s emergency motion for injunction pending appeal, the supporting papers, and the parties' memoranda of law, it is hereby ORDERED that Defendant-Intervenor's motion, ECF No. \_\_\_, is GRANTED.  IT IS FURTHER ORDERED that Defendant U.S. Department of Justice, including Defendant's officers, agents, servants, employees, and attorneys, is ENJOINED from disclosing or causing to be disclosed the written transcript and audio recordings at issue in this matter, or any portion thereof, to Plaintiff Heritage Foundation or to Plaintiff Mike Howell absent further order of the Court.

2

It is SO ORDERED this _____ day of _____, 2026.

_____
Hon. Dabney L. Friedrich
U.S. District Judge

2