**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HERITAGE FOUNDATION,

MIKE HOWELL,

　　　　　　*Plaintiffs*,

　　v.

U.S. DEPARTMENT OF JUSTICE,　　　　　　　　No. 24-cv-645 (DLF)

　　　　　　*Defendant*,

　　and

JOSEPH R. BIDEN, JR.,

　　　　　　*Defendant-Intervenor*.

**SUPPLEMENT TO EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL**

In the Emergency Motion for an Injunction Pending Appeal filed by Defendant-Intervenor Joseph R. Biden, Jr., at 1:54 p.m. this afternoon, counsel to President Biden informed the Court that "[p]ursuant to Local Rule 7(m), counsel for President Biden contacted counsel for the Department and the Heritage Plaintiffs to request their position on this motion." ECF No. 79. "At the time th[e] motion was finalized for filing, counsel for President Biden had not received a response." *Id.*

At 1:45 p.m. and 1:46 p.m.—after President Biden's emergency motion had been finalized for filing by the Court's 2:00 p.m. deadline, *see* Min. Order (June 19, 2026)—President Biden's counsel received e-mail messages from counsel for the Heritage Foundation and Mike Howell (collectively, the "Heritage Plaintiffs") and the Department of Justice (the "Department"), respectively, conveying their positions on President Biden's emergency motion for injunction

pending appeal.  The Heritage Plaintiffs oppose President Biden's motion; the Department "will respond to the motion once it has been filed."  Accordingly, counsel to President Biden makes this supplemental filing to inform the Court of the parties' respective positions.

Dated: June 19, 2026

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)*
H. Atticus Ballesteros (D.C. Bar No. 90043198)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com

*Counsel for Defendant-Intervenor
Joseph R. Biden, Jr.*

*Admitted *pro hac vice*

2