**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HERITAGE FOUNDATION,<br><br>MIKE HOWELL,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>     *Defendant*,<br>    and<br><br>JOSEPH R. BIDEN, JR.,<br><br>     *Defendant-Intervenor*. | No. 24-cv-645 (DLF)<br><br><br>**<u>NOTICE OF APPEAL</u>** |

Pursuant to 28 U.S.C. § 1292(a)(1), notice is hereby given that Defendant-Intervenor Joseph R. Biden, Jr., appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order entered by this Court on June 19, 2026, ECF Nos. 77-78, denying Defendant-Intervenor's motion for a preliminary injunction, ECF No. 65.

Dated: June 22, 2026          Respectfully submitted,

                         /s/ Amy Jeffress
                         Amy Jeffress (D.C. Bar No. 449258)
                         Kaitlin Konkel (D.C. Bar No. 1021109)
                         Taisa M. Goodnature (D.C. Bar No. 90044537)*
                         H. Atticus Ballesteros (D.C. Bar No. 90043198)*
                         HECKER FINK LLP
                         1050 K Street, NW, 10th Floor
                         Washington, D.C. 20001
                         Tel: (212) 763-0883
                         ajeffress@heckerfink.com

                         *Counsel for Defendant-Intervenor*

                         *\*Admitted pro hac vice*