**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HERITAGE FOUNDATION,<br><br>MIKE HOWELL,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*,<br><br>and<br><br>JOSEPH R. BIDEN, JR.,<br><br>*Defendant-Intervenor*. | No. 24-cv-645 (DLF) |

**SUGGESTION OF MOOTNESS**

In this litigation, Defendant-Intervenor Joseph R. Biden, Jr., sought to prevent Defendant the U.S. Department of Justice from disclosing sensitive law enforcement records—audio recordings and transcripts of private conversations that took place in President Biden's home in 2016 and 2017—to Plaintiffs pursuant to a Freedom of Information Act request. That disclosure has now occurred. As a result of "the premature release of [President] Biden's concededly private conversations," this case has been "rendered moot" before this Court or the D.C. Circuit could decide it on the merits. Order, *Heritage Found. v. DOJ*, No. 26-5235, slip op. at 1 (D.C. Cir. July 20, 2026) (Pan, J., dissenting).

After learning that the Department intended to disclose the materials at issue to Plaintiffs, President Biden intervened in this litigation and moved for a preliminary injunction. *See* ECF

Nos. 51, 62-63, 65. He contended that the Department's disclosure decision violated the Administrative Procedure Act because it was arbitrary and capricious, an abuse of discretion, and contrary to law. *See* ECF No. 65-1. The Court denied President Biden's motion on June 19, 2026. ECF Nos. 77-78. President Biden sought an injunction pending appeal, and the Court enjoined disclosure for a three-week period to permit the D.C. Circuit "an orderly period to consider whether to grant an injunction pending appeal." ECF No. 83 at 4.

President Biden appealed. *See Heritage Found. v. DOJ*, No. 26-5235 (D.C. Cir.). The appeal was docketed on June 23, 2026, and President Biden filed an emergency motion for injunction pending appeal in the D.C. Circuit on July 24. The motion explained that "[a]n injunction pending appeal [wa]s needed to avoid the very harm this litigation s[ought] to prevent." Emergency Mot. for Inj. Pending Appeal at 1, *Heritage Found. v. DOJ*, No. 26-5235 (D.C. Cir. June 24, 2026). It further explained that "[i]f the temporary injunction expire[d] and the Department disclose[d] [President Biden's] private conversations, that action w[ould] moot this case and extinguish his right to appellate review." *Id.* at 2.

On July 20, 2026, a three-judge panel of the D.C. Circuit denied President Biden's motion for injunction pending appeal in a per curiam decision, with one judge dissenting. On July 27, the D.C. Circuit granted the Department's consent motion and Plaintiffs' emergency motion to dissolve the administrative injunction it previously had entered. The Department subsequently disclosed the materials to Plaintiffs and the general public. As Judge Pan had predicted in dissent, "by denying an injunction pending appeal, the court effectively rule[d] in favor of immediate disclosure of the disputed conversations," which "moot[ed] this case." Order, *Heritage Found. v. DOJ*, No. 26-5235, slip op. at 5 (D.C. Cir. July 20, 2026) (Pan, J., dissenting). Accordingly,

President Biden respectfully submits that this case has been rendered moot.

Dated: July 30, 2026

Respectfully submitted,

/s/ Amy Jeffress

Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)
H. Atticus Ballesteros (D.C. Bar No. 90043198)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com

*Counsel for Defendant-Intervenor*
*Joseph R. Biden, Jr.*

*Admitted *pro hac vice*