# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5235** **September Term, 2026**

**1:24-cv-00645-DLF**

**Filed On: October 28, 2026** **[2200660]**

Heritage Foundation and Mike Howell,

Appellees

v.

United States Department of Justice,

Appellee

Joseph R. Biden, Jr.,

Appellant

**M A N D A T E**

In accordance with the order of October 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk

Link to the order filed October 28, 2026